**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID BILODEAU and ELIZABETH DUDLEY, Individually and as representatives of a Class of Participants and Beneficiaries of the Verizon Savings Plan for Management Employees,<br><br>*Plaintiffs*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; BOARD OF DIRECTORS OF VERIZON COMMUNICATIONS; VERIZON EMPLOYEE BENEFITS COMMITTEE,<br><br>*Defendants*. | Case No. 1:25-cv-07057<br><br><br>**DECLARATION OF WILLIAM E. O'NEIL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

I, William E. O'Neil declare as follows:

1.      I am an attorney at Covington & Burling LLP, which serves as counsel to Defendants Verizon Communications Inc., Board of Directors of Verizon Communications, and Verizon Employee Benefits Committee in this matter.  I am admitted to practice before this Court.

2.      I submit this Declaration to place certain exhibits before the Court in support of the Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint.

3.      Attached as **Exhibit A** is a true and correct copy of the Verizon Savings Plan for Management Employees, amended and restated as of January 1, 2015.

4.      Attached as **Exhibit B** is a true and correct copy of the Verizon Savings Plan for Management Employees, amended and restated as of January 1, 2022.

5.      Attached as **Exhibit C** is a chart of the claim elements not plausibly pled in the Complaint, as required by Paragraph 8(G)(i) of Judge Subramanian's Individual Practices in Civil Cases.

I declare under penalty of perjury of the laws that the foregoing is true and correct. Executed on January 9, 2026.

*/s/ William E. O'Neil*
William E. O'Neil

2