UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BILODEAU et al.,

                Plaintiffs,

      -against-

VERIZON COMMUNICATIONS, INC. et al.,

                Defendants.

25-CV-7057 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court hereby continues the stay of discovery pending its resolution of defendants' motion to dismiss, Dkt. 41. If the Court denies the motion to dismiss, then the parties shall submit a revised case management within two weeks of the date of the Court's decision.

SO ORDERED.

Dated: March 6, 2026
      New York, New York

                          ARUN SUBRAMANIAN
                      United States District Judge