UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BILODEAU et al.,

                    Plaintiffs,

        -against-

VERIZON COMMUNICATIONS, INC. et al.,

                    Defendants.

25-CV-7057 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The remote initial pretrial conference scheduled for March 10, 2026 is hereby ADJOURNED until further notice from the Court.

        SO ORDERED.

Dated:  March 9, 2026
        New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge