**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID BILODEAU and ELIZABETH DUDLEY, Individually and as representatives of a Class of Participants and Beneficiaries of the Verizon Savings Plan for Management Employees,<br><br>*Plaintiffs*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; BOARD OF DIRECTORS OF VERIZON COMMUNICATIONS; VERIZON EMPLOYEE BENEFITS COMMITTEE,<br><br>*Defendants*. | Case No. 1:25-cv-07057 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Celin Carlo-Gonzalez, respectfully move this Court for leave to withdraw my appearance on behalf of Defendants Verizon Communications, Inc., Board of Directors of Verizon Communications, and Verizon Employee Benefits Committee in the above-captioned action due to my forthcoming departure from the law firm Covington & Burling LLP. Defendants will continue to be represented by Robert Newman, Christian Pistilli, and William E. O'Neil of Covington & Burling LLP, who have appeared in this case. My withdrawal will not prejudice any party or affect any deadline in this matter, and I am not asserting a retaining or charging lien.

Dated: April 17, 2026

Respectfully submitted,

*/s/ Celin Carlo-Gonzalez*
Celin Carlo-Gonzalez
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001-2170
(212) 841-1000
ccarlogonzalez@cov.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that, on April 17, 2026, a copy of this motion was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of CM/ECF. Moreover, I certify that, on April 17, 2026, a copy of this motion was sent via courier to Defendants Verizon Communications, Inc., Board of Directors of Verizon Communications, and Verizon Employee Benefits Committee.

*/s/ Celin Carlo-Gonzalez*
Celin Carlo-Gonzalez