Walcheske & Luzi
EMPLOYMENT LAW SPECIALISTS

Paul M. Secunda
1200 N. Mayfair Road, Suite 270
Wauwatosa, Wisconsin 53226
Phone 414.828.2372
Fax 262.565.6469
psecunda@walcheskeluzi.com

The request for a stay is DENIED. All previous deadlines remain in effect. If the parties make substantial progress towards a settlement, the Court may reconsider. SO ORDERED.

Arun Subramanian, U.S.D.J.

Date: October 13, 2026

October 13, 2026

VIA ECF
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re: Bilodeau v. Verizon Communications, Inc., No. 1:25-cv-07057-AS**
**Joint Letter-Motion to Stay Litigation Pending Private Mediation**

Dear Judge Subramanian:

Plaintiffs David Bilodeau and Elizabeth Dudley ("Plaintiffs") and Defendants Verizon Communications, Inc., Board of Directors of Verizon Communications, and Verizon Employee Benefits Committee (collectively, "Defendants," and together with Plaintiffs, the "Parties"), pursuant to Paragraphs 3(A) and 8(A) of the Court's Individual Practices and Section 13.1 of the Southern District of New York's Electronic Case Filing Rules, respectfully request that the Court stay litigation and all existing deadlines in the above-captioned action through February 8, 2027, subject to earlier termination as provided below. This request includes adjournment of the October 14, 2026 deadline to submit a case management plan under the Court's September 30, 2026 Opinion and Order (ECF No. 61), and extension of Defendants' deadline to answer the operative First Amended Complaint. The Parties have agreed to mediate in person before JAMS Mediator Bob Meyer on January 25, 2027, in New York, New York. A stay will conserve judicial and party resources while facilitating the "just, speedy, and inexpensive determination" of this proceeding. Fed. R. Civ. P. 1.

To the extent Paragraph 3(E) applies to the accompanying request to suspend and reset existing deadlines, the Parties provide the following scheduling information. The original case-management-plan deadline is October 14, 2026. Defendants' original post-decision answer deadline is October 14, 2026. There have been no prior requests to extend any of the deadlines from the Court's September 30, 2026 Opinion and Order (ECF No. 61)" and no scheduled Court appearance currently exists. All Parties join in and consent to this request. The proposed replacement deadlines are set forth below.

To the extent Paragraph 3(E)'s two-business-day notice requirement applies to that scheduling relief, the Parties respectfully request consideration on shortened notice in light of their joint request to pursue mediation and the October 14 deadline. October 12 is a Court holiday.

The stay will not apply to the reporting obligations specified below or to the Parties' agreed voluntary, targeted exchange of information for mediation, including forfeiture amounts, balances and uses; administrative expenses charged to the Plan or participants; and relevant, nonprivileged Committee materials that are readily accessible. The Parties will establish a written schedule for rolling production sufficiently before mediation statements are due to permit meaningful review. The stay does not alter the Parties' preservation obligations. The exchange will be subject to agreed confidentiality protections and Federal Rule of Evidence 408 to the extent applicable. Otherwise discoverable documents will not become undiscoverable or inadmissible solely because they are exchanged for mediation, and the Parties reserve their respective discovery, privilege and evidentiary positions.

Notwithstanding the foregoing, if the Second Circuit issues a decision in *Polanco v. WPP Group USA, Inc.*, No. 26-1379, while the stay remains in effect, either Plaintiffs or Defendants may notify the opposing side and the Court that they intend to proceed with litigation rather than pursue mediation. Any such notice must be filed within 10 days after the decision. The stay will terminate upon filing of that notice, without requiring joint notice or the opposing side's consent, and the deadlines below will run from that termination date.

The Parties shall submit a joint status report by February 8, 2027, or within 14 days after any earlier termination of the stay, whichever is earlier. If no settlement has been reached, that submission shall include a proposed case management plan with schedules for discovery, class certification and summary judgment. If a settlement in principle has been reached, the report shall propose a deadline to seek preliminary approval and request any necessary continuation of the stay. The stay will expire on February 8, 2027, unless terminated earlier as provided above or extended by further Court order. Neither a status report nor a request for additional time will itself extend the stay.

Unless otherwise ordered by the Court, Defendants shall answer the operative First Amended Complaint within 21 days after expiration or termination of the stay. Nothing in this request grants leave to renew a previously decided motion or limits any motion otherwise permitted under the applicable rules.

For the foregoing reasons, the Parties respectfully request that this joint letter-motion be granted. This request is made without prejudice to any of the Parties' rights or defenses, except for the deadlines expressly modified by the Court.

Respectfully submitted,

*/s/ Paul M. Secunda*
Paul M. Secunda (admitted pro hac vice)
WALCHESKE & LUZI LLC
1200 N. Mayfair Road, Suite 270
Wauwatosa, WI 53226
Tel. (414) 828-2372
psecunda@gmail.com

Tulio D. Chirinos
CHIRINOS LAW FIRM PLLC
20283 State Road 7, Ste. 592
Boca Raton, FL 33498
Tel. (561) 299-6334
tchirinos@chirinoslawfirm.com

Nicole M. Cvercko
CHIRINOS LAW FIRM PLLC
11 Broadway, Suite 615
New York, NY 10004
Tel. (646) 559-9952
ncvercko@chirinoslawfirm.com

Attorneys for Plaintiffs

*/s/ William E. O'Neil*
William E. O'Neil
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001-2170
Tel. (212) 841-1000
woneil@cov.com

Robert Newman (admitted pro hac vice)
Christian J. Pistilli (admitted pro hac vice)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
Tel. (202) 662-6000
cpistilli@cov.com
rnewman@cov.com

Attorneys for Defendants