UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BILODEAU and ELIZABETH DUDLEY, individually and as representatives of the Verizon Savings Plan for Management Employees,

Plaintiffs,

-against-

VERIZON COMMUNICATIONS, INC.; BOARD OF DIRECTORS OF VERIZON COMMUNICATIONS, VERIZON EMPLOYEE BENEFITS COMMITTEE,

Defendants.

25-CV-7057 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On October 28, 2026, Plaintiffs filed two proposed orders. The first was a stipulated protective order signed by both parties. *See* Dkt. 69. The Court entered that order. *See* Dkt. 71. The second was a proposed order under Federal Rule 502(d) providing additional nonwaiver and clawback protections. *See* Dkt. 70. But that proposed order was not labeled as "stipulated" and was not signed by the parties. Plaintiffs should clarify whether this proposed order is stipulated between the parties and, if not, why the Court should enter it.

SO ORDERED.

Dated: October 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge