UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BILODEAU and ELIZABETH DUDLEY, individually and as representatives of the Verizon Savings Plan for Management Employees,

Plaintiffs,

-against-

VERIZON COMMUNICATIONS, INC., BOARD OF DIRECTORS OF VERIZON COMMUNICATIONS; and VERIZON EMPLOYEE BENEFITS COMMITTEE,

Defendants.

25-CV-7057 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Verizon's motion to certify the Court's order denying its motion to dismiss for interlocutory appeal under 28 U.S.C. § 1292(b) is DENIED. The Second Circuit has "cautioned" that "use of this certification procedure should be strictly limited because only exceptional circumstances will justify a departure from the basic policy of postponing appellate review until after the entry of a final judgment." *In re Flor*, 79 F.3d 281, 284 (2d Cir. 1996) (cleaned up). Here, Verizon fails to show, among other things, that an interlocutory appeal would "materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b). Notably, the Second Circuit already has a case presenting the same issue as this one, *Polanco v. WPP Group USA, Inc.*, No. 26-1379, which is set for argument in January 2027. *See Aspen Ford, Inc. v. Ford Motor Co.*, 2008 WL 163695, at *3 (E.D.N.Y. Jan. 15, 2008) ("Since the legal issue in dispute in this case is currently pending on appeal before the Second Circuit, I do not find that plaintiffs have demonstrated exceptional circumstances to warrant an interlocutory appeal.").

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 75.

SO ORDERED.

Dated: November 12, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge